

**NUMBER 13-18-00220-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ISRAEL GONZALES,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee**.

---

**On appeal from the 156th District Court
of Bee County, Texas**.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Hinojosa**

Appellant, Israel Gonzales, attempts to appeal his conviction for driving while intoxicated. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On April 23, 2018, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

Counsel failed to respond to the Court's order and on June 18, 2018, we abated and remanded the appeal to the trial court to determine why counsel failed to comply with our order. The trial court held a hearing and made findings that appellant's counsel states appellant has no right to appeal and the trial court recommends appellant does not have a right to appeal. Accordingly, this appeal is hereby REINSTATED.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

LETICIA HINOJOSA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of October, 2018.

2